NOT FOR PUBLICATION (Doc. Nos 24, 27)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JOSE RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> CHUCK CAPPELLI et al., <br><br> Defendants. | Civil No. 10-5546 (RBK/JS) <br><br> **ORDER** |

**THIS MATTER** having come before the Court upon 1) Defendants' Motion for Sanctions (Doc. No. 24) and 2) the issuance of the Report and Recommendations ("the Report") (Doc. No. 27); and the Court having considered the Defendants' submission and the Report; and

**IT APPEARING TO THE COURT** that Plaintiff has not filed a response to Defendants' Motion for Sanctions; and

**THE COURT NOTING** that the Report recommends, based on the six factors enunciated in Poulis v. State Farm Fire and Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984), that the Court dismiss Plaintiff's Complaint; and

**THE COURT FURTHER NOTING** that the Report set a deadline for any objections to the Report to be filed by March 1, 2012; and

**THE COURT FURTHER NOTING** that to date, no objections have been filed to the Report; and

**THE COURT FINDING** the Report's analysis of the six Poulis factors to be accurate and fair; and

**THE COURT FURTHER FINDING** that adoption of the Report's recommendation that Plaintiff's Complaint be dismissed would be a just and proper resolution of this case;

**IT IS HEREBY ORDERED** that the Court adopts the findings of fact and conclusions of law contained in the Report and Recommendation (Doc. No. 27); and

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED**.  The Clerk is directed to close the file.


Dated: 5/9/12                                              /s/ Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge